# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153584

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RUTH ANN SUTTON,
        Defendant-Appellant.

SC: 153584
COA: 331246
Midland CC: 14-005917-FH

_____/

      By order of September 27, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the March 30, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

p0227